IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.185.129.156

**ISP:** Optimum Online
**Physical Location:** Lodi, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/09/2016 13:33:25 | 99EDBD4C938492DA57A5CDA22756624ED11ADD8E | Beauty In Blue |
| 08/14/2016 21:10:01 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 01/29/2016 03:11:47 | 9EA8660347B34F9DE88D7F4CEFEE6C4044F970CE | Four Way In 4K |
| 11/10/2015 11:23:57 | A38BECC0112D684478FB1ED26CDF394AD9F034CA | Dressed to Thrill |
| 11/02/2015 01:56:35 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 10/04/2015 01:08:37 | 0CED96BFE59B9DF5B32B4415E43B4D0BF961ABAD | Skin Tillating Sex For Three |
| 09/20/2015 23:38:24 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 09/06/2015 03:40:45 | D1938508B57B1953E3CB1905052DA996C5AF823B | My Blue Heaven |
| 08/09/2015 23:12:05 | 98F1199AD6DA191D866F1E697203AA8C111C8B28 | A Fucking Hot Threesome |
| 08/01/2015 00:15:47 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 07/26/2015 01:28:37 | 9A5767605D1C3C71E918ADE5FA0DD480F5075B36 | Anneli Dream Girl |
| 07/24/2015 14:27:14 | E0F08EF1D7CE79B07CE18BD8738BD6DDD5845204 | California Surf Fever |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

CNJ618